**Order filed September 17, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00250-CV
_____

## IN THE MATTER OF THE MARRIAGE OF JOSE DANIEL TORRES ALVARADO & MARTHA ARACELI GOMEZ MARTINEZ

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2017-23076**

## ORDER

The record before this court reflects that appellant filed a Statement of Inability to Afford Payment of Costs in the trial court on March 20, 2019. On September 11, 2019, Ehdi Sepulveda, the court reporter, filed an information sheet noting that appellant has not made arrangements to pay for the record. The court reporter further noted that, "[a] docket sheet entry on 4/23/19 for indigency hearing was passed per judge."

A party who filed a Statement of Inability to Afford Payment of Court Costs in the trial court is not required to pay costs in the appellate court unless the trial

court signs an order that complies with Texas Rule of Civil Procedure 145 requiring payment of costs. Tex. R. App. P. 20.1(b)(1). "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, the court reporters for the 309th District Court, Ehdi Sepulveda, Delores Johnson, Karen DeShelter, and Marissa Elliott are directed to file the reporter's record **within 30 days** of the date of this order.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.